UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

                           Case No. 2:14-cv-00830
                           CHIEF JUDGE EDMUND A. SARGUS, JR.
                           Magistrate Judge Elizabeth Preston Deavers

JOHN DOE,

    Defendant.

## ORDER

On August 18, 2015, the Magistrate Judge issued a Report and Recommendation in this case recommending that Plaintiff's Motion for Default Judgment be granted in part and denied in part. (ECF No. 13.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**.

Specifically, the motion for default judgment is **GRANTED in PART and DENIED in PART**. Defendant Phillip Henry ("Henry") is **PERMANENTLY ENJOINED** from infringing Plaintiff's copyrighted works, including by use of the internet, to reproduce, copy, distribute, or make available for distribution to the public Plaintiff's copyrighted works, unless Plaintiff provides Henry with a license or express permission. Henry is **ORDERED** to destroy all copies of Plaintiff's 32 motion pictures at issue in this case, which Henry has downloaded onto any computer hard drive or server without Plaintiff's authorization, and all copies that have been transferred onto any physical medium, or device in Henry's possession, custody, or control.

Finally, Plaintiff is **AWARDED** statutory damages as against Henry in the amount of $24,000 and attorneys' fees and costs of $1,657.

    **IT IS SO ORDERED.**

9-9-2015
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**